UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)          MDL DOCKET NO. 875

**This Document Relates To:**
**GEORGE LOUIS SMITH vs.**
**CERTAINTEED CORP., ET AL.**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 1 3 2006
J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE LOUIS SMITH**                                   **PLAINTIFF**

VS.                                          CIVIL ACTION NO.: 1:06CV279WJG

**CERTAINTEED CORP., ET AL.**                          **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause, having come on to be heard on the motion *ore tenus* of the Plaintiff and these Certain Defendants, identified on Exhibit "A", for the dismissal of claims against these Certain Defendants without prejudice. The Court, having considered said motion and being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint, all amendments thereto, and all claims and causes of action encompassed by the Complaint, and amendments thereto, including all claims or causes of action which were, or might have been, asserted by this Plaintiff against these Certain Defendants, identified on Exhibit "A", shall be and are hereby dismissed without prejudice, with each party to bear their own costs of Court.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with regard to the claims of the Plaintiff against only these Certain Defendants identified on Exhibit "A", and does not affect the rights of any other party to this action.

SO ORDERED, this the __20th__ day of __September__, 2006.

_____ J.
U.S. DISTRICT COURT JUDGE
James T. Giles

AGREED TO AND APPROVED BY:

_____
Michael Weber, Esq.
LEBLANC & WADDELL, LLP

**ATTORNEY FOR PLAINTIFF**

_____
Jessica B. DeGroote, Esq.
Simine B. Reed, Esq.
Forman Perry Watkins Krutz & Tardy LLP

**ATTORNEYS FOR CERTAIN DEFENDANTS**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)　　　　　　　　　　MDL DOCKET NO. 875

**This Document Relates To:**
**GEORGE LOUIS SMITH vs.**
**CERTAINTEED CORP., ET AL.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE LOUIS SMITH**　　　　　　　　　　　　　　　　**PLAINTIFF**

VS.　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 1:06CV279WJG

**CERTAINTEED CORP., ET AL.**　　　　　　　　　　　　　**DEFENDANTS**

---

### EXHIBIT "A"

---

These Certain Defendants are hereby dismissed by this Order as follows:

1. Abex Corporation, Individually and as Successor in Interest to: American Brake Shoe Company, Kellogg-American Compressors Co., American Manganese Steel Division, American Brake Shoe Company
2. Accurate Felt & Gasket Co.
3. Amchem Products, Inc.
4. Ametek, Inc.
5. A. R. Wilfley & Sons, Inc.
6. AstenJohnson, Inc., Individually and as Successor in Interest to Asten, Inc. and Asten Group, Inc.
7. Aurora Pump Co.
8. Babbitt Steam Specialty Company
9. BOC Group, Inc. As Successor-in-Interest to Airco, Inc. and Airco Delaware, Inc.
10. Branton Insulations, Inc.
12. Clemco Industries, Inc.
13. Crossfield Products Corporation
14. DeZurik, Inc.

15. Dover Corporation
16. Eastern Safety Equipment Company
17. Fisher Tank Co.
18. Foseco
19. General Electric Company
20. Georgia-Pacific Corporation
21. The Gorman-Rupp Company
22. Hobart Brothers
23. Illinois Tool Works, Inc.
24. Ingersoll-Rand Company
25. Jamestown Metal Marine Sales, Inc.
26. Kamco Supply Company
27. Komp Equipment Company, Inc.
28. Laurel Machine and Foundry Company
29. Magnetrol International Incorporated
30. Moldex Metric, Inc.
31. Marine Specialty Company, Inc.
32. McMaster-Carr Supply Co.
33. Nibco, Inc. a/k/a Northern Indiana Brass Co.
34. National Service Industries, Inc.
35. Owens-Illinois, Inc. d/b/a O-I
36. Pangborn Corporation
37. Parker-Hannifin Corp.
38. Pecora Corporation
39. Phoenix Specialty Mfg. Co., Inc.
40. Pneumo Abex Corporation
41. Ransburg Corp., formerly DeVilbiss Industries Products Corp., Successor to DeVilbiss Company
42. SPX Corporation
43. Terex Corporation
44. United Gilsonite Laboratories, Inc.
45. United Industrial Corporation, Individually and on behalf of and as successor in interest to Detroit Stoker Company and American Engineering Co.
46. Union Carbide Corporation
47. Vellumoid, Inc.
48. Velan Valve Corporation
49. Warren Pumps, Individually and as Successor in Interest to William E. Quimby, Inc. and Quimby Pump Co. and as Successor in Interest to William E. Quimby, Inc. and Quimby Pump Co.
50. Yuba Heat Transfer Company
51. Zurn Industries, Inc.